UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: SUSAN TRAVIS RIDGEWAY,                                    CASE NO. 10-01624-dh

            DEBTOR.                                                     Chapter 7

BETTY RUTH FOX, AS CONSERVATRIX
OF HENRY G. FOX AND BETTY RUTH FOX,
INDIVIDUALLY                                                     PLAINTIFFS

VS                                                               ADV. PROC. NO. 10-00088-dh

SUSAN TRAVIS RIDGWAY                                             DEFENDANT

SCHEDULING ORDER
(WITHOUT PRE-TRIAL CONFERENCE)

      The Court having determined, pursuant to Local Rule 13(b)(3), that a pre-trial conference is unnecessary in this adversary proceeding, but that on order controlling discovery matters should be entered, it is

      ORDERED:

      1) That all discovery, including, inter alia, all evidentiary depositions, shall be completed not later than February 15, 2011. Completion of discovery shall include all supplementation of responses to discovery procedures required by Rule 26(e),F.R.Civ.P.;

      2) That all motions to amend or to join additional parties shall be filed not later than March 1, 2011;

      3) That all other pre-trial motions shall be filed not later than March 1, 2011; and

      4) That deadlines for completion of discovery, filing motions to amend or joining additional parties shall not be extended by agreement of the parties, but may be extended only by order of this Court upon good cause showing of exceptional circumstances; and it is further

      ORDERED that all parties shall confer with each other and file not later than March 16, 2011 an agreed statement of uncontradicted or undisputed facts and an agreed estimate of time required to conduct the trial in this adversary proceeding. On or before said date, each party shall also separately file witness and exhibit lists. On or before said date, all parties shall exchange with each other copies of all listed exhibits. Any party failing to timely file the witness and/or exhibit list or failing to timely provide copies of all listed exhibits to counsel(s) opposite, shall be precluded from calling affected witnesses or introducing affected exhibits at the trial of this adversary proceeding.

Date and Entered: December 9, 2010

                                                        David W. Houston III
                                                     Judge, U. S. Bankruptcy Court